

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00210-CV

## IN THE INTEREST OF B.Y., A CHILD

**From the 74th District Court
McLennan County, Texas
Trial Court No. 2019-4225-3**

## ABATEMENT ORDER

On September 20, 2021, David Young's retained counsel, Brett Pritchard, filed a motion to withdraw.  On September 22, 2021, this Court granted the motion to withdraw and instructed Young to notify this Court within 14 days that he has obtained new counsel.  This Court has not received any correspondence indicating that Young has retained new counsel.

On September 22, 2021, we also informed Young that the reporter's record has not been filed because Young has not made arrangements to pay for the record. We instructed Young to make arrangements to pay for the record within 14 days or the appeal would

be submitted on the clerk's record alone. Young has not made arrangements to pay for the reporter's record.

We abate this appeal to the trial court to hold a hearing within 21 days from the date of this Order to determine: (1) whether Young desires to continue his appeal of the termination of his parental rights; and (2) whether Young is entitled to receive a court-appointed attorney, and if so, to appoint new counsel on appeal. The supplemental clerk's and reporter's records, if any, are ordered to be filed within 30 days of the date of this Order.

PER CURIAM

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeal abated
Order issued and filed October 13, 2021
[RWR]

